600 A.2d 189

COMMONWEALTH of Pennsylvania, Respondent,

v.

James SANDERS, a/k/a Potsie, Petitioner.

Supreme Court of Pennsylvania.

Jan. 6, 1992.

## ORDER

PER CURIAM.

The petition for allowance of appeal is dismissed as having been improvidently filed; said dismissal is without prejudice to any rights petitioner may have pursuant to the Post Conviction Relief Act.[1]

The petition to withdraw as counsel is remanded for disposition to the Court of Common Pleas of Westmoreland County.

---

1. Act of April 13, 1988 P.L. 336, No. 47 § 3.